# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

**MEMO ENDORSED**

(212) 619-4240
FAX (212) 619-6743

March 10, 2020

**By ECF**

Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application granted. The conference is adjourned to March 24, 2020 at 11:30 a.m. Time is excluded until March 24, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> March 11, 2020

Re: *United States v. Joel Pena, et al.*
**18 Cr. 640 (RA)**

Dear Judge Abrams:

I write to request an adjournment of Mr. Pena's now scheduled conference of March 13, 2020, until March 24, 2020, at 11:30 AM, as the government and counsel are engaged in plea negotiations and counsel has been unable to see Mr. Pena due to the lockdown at the MCC. The appropriate time between these dates is waived under speedy trial and the government joins in this request.

Very truly yours,

William J. Stampur
William J. Stampur

cc: AUSA Michael Neff

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/20

WS/Pena/Ltr to Judge/Adj 3