# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35TH FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

ADMITTED NY

November 14, 2023

**BY ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  *United States v. Concepcion Aquino, et al.* 18 Cr. 640 (RA)

Your Honor:

      I write to request to be relieved as attorney for defendant Isaac Concepcion Aquino.

      On November 3, 2023, I was assigned to represent Mr. Concepcion Aquino pursuant to the Criminal Justice Act. M.E. 393. Since that time, Mr. Concepcion Aquino has retained Lawrence Fisher, Esq. who has filed a notice of appearance. D.E. 394

      Accordingly, I request to be relieved from representing Mr. Concepcion Aquino in advance of the parties' November 27, 2023 status conference.

      Of course, I will appear on November 27, 2023 if the Court requires my attendance.

      I thank the Court for its attention to this matter.

                                  Respectfully,

                                  /s/Michael Hueston

cc:    Counsel of Record (By ECF)

The Court has been advised that there may be a need to hold a *Curcio* hearing on November 27, 2023; accordingly, Mr. Hueston is directed to attend.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 15, 2023