

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 3, 2024

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
Thurgood Marshall U.S. Courthouse
New York, New York 10007

> Application granted. The conference is adjourned to February 13, 2024 at 1:00 p.m. Time is excluded until February 13, 2024, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> January 4, 2024

Re:   *United States v. Isaac Concepcion Aquino*, 18 Cr. 640 (RA)

Dear Judge Abrams:

     A pretrial conference is currently scheduled in this case for Friday, January 5, 2024, at 2:30 p.m.  The parties jointly and respectfully request an adjournment of that conference for approximately one month; we understand from Your Honor's Chambers that February 13, 2024 at 1:00 p.m. may be a convenient time for the Court to reschedule this conference.  By way of brief update:  Over the course of the last five weeks, the Government has produced (or, in limited case(s), made available) substantially all existing discovery to defense counsel.  Specifically, search warrants were produced in late November; most categories of discovery were produced on December 13, 2023; and a report containing contents of one electronic device was produced yesterday.  In addition, earlier today, the Government produced a copy of all of these materials to the defendant, as well.  Thus, the requested adjournment will permit the defense to review discovery and, if appropriate, to continue negotiations about a potential pretrial resolution; and on these bases, the Government respectfully requests an exclusion of time, between January 5, 2024 and the next conference date, pursuant to the Speedy Trial Act.  *See* 18 U.S.C. § 3161(h)(7)(A).  The defense consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: Michael D. Neff
Assistant United States Attorney
(212) 637-2107

cc:   Lawrence Fisher, Esq. (by ECF)