**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :          ORDER
                                        :
                                        :
                                        :       _____
                                        :           Docket #
----------------------------------------x
```

_____
      Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _____.

                            **SO ORDERED**.

_____

**Dated:   New York, New York**