UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ISAAC CONCEPCION AQUINO,<br><br>Defendant. | No. 18-CR-640<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      The sentencing is scheduled for December 18, 2024 at 11:00 a.m. Pursuant to the Court's Individual Rules and Practices in Criminal Cases, defense submission is due two weeks prior to sentencing and the Government's submission is due one week prior to sentencing.

SO ORDERED.

Dated:    October 10, 2024
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge